**CIVIL RIGHTS COMPLAINT**
**42 U.S.C. § 1983**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------x

_Michael Watts_,
Full name of plaintiff/prisoner ID#

        Plaintiff,

-against-

_The City of New York_
_Detective Jose Higgo_
_Detective Santana_
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

        Defendants.
-----------------------------------------x

JURY DEMAND
YES ✓    NO ____

**Amend Complaint #2**

FEB 27 2014
PRO SE OFFICE

I.   Previous Lawsuits:

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

   B.   If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1. Parties to this previous lawsuit:

         Plaintiffs: _Michael Watts_

         Defendants: _The City of New York_
                      _Detective Jose Higgo_
                      ~~Doctor~~ _Detective Santana_

       2. Court (if federal court, name the district; if state court, name the county)

       3. Docket Number: _13 Civ. 5636 (PKC)(GWG)_

1

4. Name of the Judge to whom case was assigned: _Gabriel W. Gorenstein_

5. Disposition: (for example: Was the case dismissed? Was it appealed?, Is it still pending?) _Its still pending Amend Complaint_

6. Approximate date of filing lawsuit: _7/13_

7. Approximate date of disposition: _N/A_

II. Place of Present Confinement: _OBCC 1600 Hazen Street_

   A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

   C. If your answer is YES,

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not _I have complaints with the Civilian Complaint Review board and the New York City Department of Investigation_

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (✓)

   F. If your answer is YES,

      1. What steps did you take? _____

      2. What was the result? _____

2

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff __Michael Watts__

Address __1600 Hazen Street, East Elmhurst, N.Y. 11370__

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1 __The City of New York__

Defendant No. 2 __Detective Jose Higgo__
__One Police Plaza Rm. 1100__
__New York, N.Y. 10038__

Defendant No. 3 __Detective Santana__
__One Police Plaza Rm. 1100__
__New York, N.Y. 10038__

Defendant No. 4 

Defendant No. 5 

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.     Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

1. On January 12, 2013 at 405 Throop ave. 79th precinct executed a search, which is the residence of plaintiff Michael Watts.

2. Detective Jontoyo involved in the search execution repeatedly hit plaintiff in the head with an assault rifle, causing injuries to the head and ear.

3. Upon arrest Detective Higgs failed to invoice my keys for safe keeping in the property room of the precinct but chose to give them to a third party which resulted in my property being stolen out of my house.

4. Plaintiff has exhausted any and all administrative remedies by by writing complaints of incident to both the Civilian Complaint Review Board and New York City Department of Investigation.

IV.A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

5. Arresting officers were deliberately indifferent to injuries sustained by plaintiff, in which plaintiff had to wait until he got in custody of police officers at central booking before adequate medical attention was given because arresting officers had refused to do so. Whereby plaintiff was taken to New York Downtown Hospital where it was established that plaintiff suffered contusions and hematoma. (See Exhibits A and B)

( Continued )

6. During search, my house and car keys were removed from my pants pockets along with my money. Upon reaching the 79th precinct I asked for a voucher/property receipt of my property that was removed from my person, and was ignored. I later found out while incarcerated that my house had been robbed of its valuables and my car was missing/stolen do to the police officers negligently and deliberately giving my keys to a person I did not authorize to possess. (See Exhibit C) and Supeno phone records from Rikers Island for Michael Watts conversations to phone number # 347-965-4385 from 1-18-13 to 7-26-13 that belong to La Quita Lewis.

V. Relief:

State what relief you are seeking if you prevail on your complaint.

Judgement should be awarded in the amount of $200,000.00 for the intentional infliction of assaultive behaviour in violation of my constitutional rights to equal protectional due process of the law [U.S.C.A. 6 and 14] and my eigth constitutional Amendment right against cruel and unusual punishment lost and damage to property Due to negligence.

I declare under penalty of perjury that on  1/29/14 , I delivered this complaint to prison authorities to be mailed to the United States District Court for the Southern District of New York.

Signed this 29th day of January, 2014. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

OBCC
Name of Prison Facility

1600 Hazen Street
East Elmhurst, N.Y.
11370
Address

141-13-12340
Prisoner ID#

5

M. Biggs — #13-01202
10-10 Hazen St. (C-76)
East Elmhurst, N.Y. 11370

13CV5636

New York City Dept of Investigation
P.O. Box 152
Canal Street Station
New York

NIXIE   100   4E 1   01   05/13/13
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

*2109-03938-02-40*

Exhibit-C

Exhibit-C

Michael Watts #349-13-01202
10-10 Hazen St. (C-76)
East Elmhurst, N.Y.
11370

April 29, 2013

To whom this may concern

I'm writing this letter about a police incerdent that happen on Jan. 17, 2013 at the 79th precint in Brooklyn where I was set up to be robbed by Laquita Lewis aided by her brother David Lewis and a N.Y.C. Police name Joe that worked that day in the 79th precint. The police raided my house at 405 Throop ave. early that morning I rember the police remoueing my house and car keys from my pockets along with my money. I asked for a voucher for my keys and never received one. Shawntay Mayjor and Laquita Lewis had also been arrested with me that day. Some how Laquita Lewis ended up with a cell phone and called her brother David Lewis who robbed my house before her and Shawntay Mayjor was released. Some how the police had found out that Laquita

Exhibit-C

Lewis was making phone calls without their assistance and moved her into a cell by the finger print machine a short while later I was moved also to a cell in that same room she asked to speak to a police officer by his first name that was working named Joe about 30 minutes later she came back telling Shaunday that they were being released I wasn't able to make a call until I got to Brooklyn House that's when I found out from Shaunday that my house had been robbed and by who later on about a week later or two later my car was stolen when the car was found Laquita's Brother's girlfriend was driving it and got arrested then later on during a phone conversation via Riker Island phone I found out that the police name Joe was a date of Laquita Lewis since 18 yrs old and he was going to house the car she stole in his garage all this information can be backed up by actual phone conversations from Rikers Island.

Thank You
Milo Woods

ExitCare® Patient Information - MICHAEL ZZ WATTS - ID# 00002920604 - MR# 8346959



New York Downtown Hospital
Emergency Center
83 Gold Street
New York, NY 10038
212-312-5070

### EXITCARE® PATIENT INFORMATION

Patient Name: MICHAEL ZZ WATTS
Attending Caregiver: Yao, Tse Hwa

## Bruise, Contusion, Hematoma

A bruise (*contusion*) or hematoma is a collection of blood under skin causing an area of discoloration. It is caused by an injury to blood vessels beneath the injured area with a release of blood into that area. As blood accumulates it is known as a hematoma. This collection of blood causes a blue to dark blue color. As the injury improves over days to weeks, it turns to a yellowish color and then usually disappears completely over the same period of time. These generally resolve completely without problems. The hematoma rarely requires drainage.

### HOME CARE INSTRUCTIONS:
- Apply ice to the injured area for 20 minutes four times a day for 2-3 days. Place ice in a plastic bag and place a towel between the bag of ice and your skin. Discontinue the ice if it causes pain.
- If bleeding is more than just a little, apply pressure to the area for at least thirty minutes to decrease the amount of bruising. Apply pressure and ice as your caregiver suggests.
- If the injury is on an extremity, elevation of that part may help to decrease pain and swelling. Wrapping with an ace or supportive wrap may also be helpful. If the bruise is on a lower extremity and is painful, crutches may be helpful for a couple days.
- If you have been given a tetanus shot because the skin was broken, your arm may get swollen, red and warm to touch at the shot site. This is a normal response to the medicine in the shot. If you did not receive a tetanus shot today because you did not recall when your last one was given, make sure to check with your caregiver's office and determine if one is needed. Generally for a "dirty" wound, you should receive a tetanus booster if you have not had one in the last five years. If you have a "clean" wound, you should receive a tetanus booster if you have not had one within the last ten years.

### SEEK MEDICAL CARE IF:
- You have pain not controlled with over the counter medications. Only take over-the-counter or prescription medicines for pain, discomfort, or fever as directed by your caregiver. Do not use aspirin as it may cause bleeding.
- You develop increasing pain or swelling in the area of injury.
- An oral temperature above 102° F (38.9° C) develops, or as your caregiver suggests.
- You develop any problems which seem worse than the problems which brought you in.

### SEEK IMMEDIATE MEDICAL CARE IF:
- You develop severe pain in the area of the bruise out of proportion to the initial injury.
- The bruised area becomes red, tender, and swollen.

### MAKE SURE YOU:
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Exhibit A

1/2   ©2013 ExitCare, LLC   1/18/2013   01:50:27 AM

ExitCare® Patient Information - MICHAEL ZZ WATTS - ID# 00002920604 - MR# 8346959

## FOLLOW-UP INSTRUCTIONS

| 01-2 days: - ENT clinic      (212)342-5000 |

## ADDITIONAL NOTES AND INSTRUCTIONS

apply ice to area / take tylenol for pain as directed / augumentin 875mg 1 tab 2x a day for 7 days / if condition become worse ,return to er / follow up with ENT clinic in 1-2 days for wound check

Document Released: 9/27/2006 Document Revised: 3/16/2010 Document Reviewed: 8/5/2009

### New York Downtown Hospital Emergency Center • www.downtownhospital.org

Exhibit - A

ExitCare® Patient Information - MICHAEL ZZ WATTS - ID# 00002920604 - MR# 8346959

# NEW YORK DOWNTOWN HOSPITAL

New York Downtown Hospital
Emergency Center
83 Gold Street
New York, NY 10038
212-312-5070

## EXITCARE® PATIENT INFORMATION
## DISCHARGE INSTRUCTION SUMMARY

Patient/Visit Information:

| Patient Name: MICHAEL ZZ WATTS | Discharge Date/Time: 1/18/2013 01:50:26 AM |
|---|---|
| Attending Caregiver: Yao.TseHwa | Diag: |

Discharge Instruction Sheets Provided:
Bruise (Contusion, Hematoma)

Patient Instructions:

Additional Notes for Bruise (Contusion, Hematoma)
apply ice to area / take tylenol for pain as directed / augumentin 875mg 1 tab 2x a day for 7 days / if condition become worse ,return to er / follow up with ENT clinic in 1-2 days for wound check

Followup Appointments/Instructions:
Primary Follow-up Information
01-2 days:  - ENT clinic      (212)342-5000

Exhibit-B

1 / 1   ©2013 ExitCare, LLC   1/18/2013   01:50:27 AM

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Michael Watts | COURT CASE NUMBER: 13 Civ 5636 (PKC)(GWG) |
| DEFENDANT: Detective Santana | TYPE OF PROCESS: Serve |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Detective Jose Higgo

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): One Police Plaza Rm. 1100, New York, N.Y. 10038

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael Watts
1600 Hazen Street
East Elmhurst, N.Y. 11370

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT

Mike Watts

TELEPHONE NUMBER: N/A
DATE: 1/29/14

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service:
Time: am / pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Michael Watts | COURT CASE NUMBER 13 Civ 5636 (PKG)(GWG) |
| DEFENDANT Detective Jose Higgo | TYPE OF PROCESS Serve |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Detective Jose Higgo

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
One Police Plaza Rm. 1100, New York, N.Y. 10038

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael Watts
1600 Hazen Street
East Elmhurst, N.Y. 11370

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                    Fold

Signature of Attorney or other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER     DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service    Time    am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

